# United States Bankruptcy Court
## Northern District of Iowa

In re: **Lester L. Olson**, **Sarah L. Olson**, Debtor(s)

Case No. _____  Chapter 7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lester L. Olson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Sarah L. Olson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date 04/24/2019    Signature _Lester L. Olson JR_
Lester L. Olson, Debtor

Date 4-24-2019    Signature _Sarah Solson_
Sarah L. Olson, Joint Debtor

# Energizer

Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Cost Center:

## Earnings Statement

Page 001 of 001
Period Beg/End:    04/08/2019 - 04/14/2019
Advice Date:       04/19/2019
Advice Number:     0003848666
Batch Number:      000000000673

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL        00    10.00
WISCONSIN      00    10.00

LESTER   L  OLSON
300 E LANCASTER   ST
TRAILER  1
BLOOMINGTON    WI   53804

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 20.41 | 28.00 | 571.48 | 2,122.64 |
| OT-Fenn/Port | 20.41 | 8.00 | 163.28 | 571.48 |
| OT Prem-Fenn/Port | 10.21 | 8.00 | 81.68 | 285.88 |
| Vacation/PTO | 20.41 | 12.00 | 244.92 | 244.92 |
| Gross Pay | | | 1,061.36 | 3,224.92 |

**Tax Deductions: Federal**
| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 115.18- | 395.17- |
| EE Social Security Tax | | | 60.57- | 189.47- |
| EE Medicare Tax | | | 14.16- | 44.31- |

**Tax Deductions: Wisconsin**
| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 59.35- | 185.70- |

**Additional Deductions**
| | | | | |
|---|---|---|---|---|
| Union Dues-Fennimore | | | | 49.00- |
| *Dental EE pre-tax | | | 9.33- | 18.66- |
| *Vision EE pre-tax | | | 4.75- | 9.50- |
| *Health Pretax | | | 70.41- | 140.82- |
| *401K EE Fennimore Pretax | | | 63.68- | 193.50- |
| Net Pay | | | 663.93 | 1,998.79 |
| Total Work Hours For Pay Period | | | | 44.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K_Fen_ER matc | 2.65 | 8.06 |
| 401K_Nonelec_ER_ | 22.04 | 80.82 |
| HSA Employer Con | 750.00 | 750.00 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 663.93 |

Your federal taxable wages    913.19
*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (PCSUV0)

---

# Energizer

Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Advice Number:    0003848666
Advice Date:      04/19/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| LESTER   L OLSON | | | 663.93 |

**Earnings Statement**

**Energizer** Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

```
                              Page    001 of 001
Period Beg/End:    04/01/2019 - 04/07/2019
Advice Date:       04/12/2019
Advice Number:     0003448662
Batch Number:      000000000664
```

```
FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL          00    10.00
  WISCONSIN        00    10.00
```

LESTER   L OLSON
300 E LANCASTER   ST
TRAILER  1
BLOOMINGTON    WI   53804

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 20.41 | 36.00 | 734.76 | 1,551.16 |
| OT-Fenn/Port | | | | 408.20 |
| OT Prem-Fenn/Por | | | | 204.20 |
| Gross Pay | | | 734.76 | 2,163.56 |

**Tax Deductions: Federal**

| | | Amount | Year-To-Date |
|---|---|---|---|
| Withholding Tax | | 70.24- | 279.99- |
| EE Social Security Tax | | 40.31- | 128.90- |
| EE Medicare Tax | | 9.43- | 30.15- |

**Tax Deductions: Wisconsin**

| Withholding Tax | 37.80- | 126.35- |
|---|---|---|

**Additional Deductions**

| | Amount | Year-To-Date |
|---|---|---|
| Union Dues-Fennimore | 49.00- | 49.00- |
| *Dental EE pre-tax | 9.33- | 9.33- |
| *Vision EE pre-tax | 4.75- | 4.75- |
| *Health Pretax | 70.41- | 70.41- |
| *401K EE Fennimore Pretax | 44.09- | 129.82- |
| Net Pay | 399.40 | 1,324.56 |
| Total Hours for Pay Period | | 36.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K_Fen_ER matc | 1.84 | 5.41 |
| 401K_Nonelec_ER_ | 22.04 | 58.78 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 399.40 |

Your federal taxable wages    606.18
*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (DCS070)

**Energizer** Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Advice Number:    0003448662
Advice Date:      04/12/2019



Deposited to the account of
LESTER   L OLSON

Account Number    Transit   ABA    Amount
                                   399.40

# Earnings Statement

**Energizer**
Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Cost Center: C7011012

```
                              Page 001 of 001
Period Beg/End:    03/25/2019 - 03/31/2019
Advice Date:       04/05/2019
Advice Number:     0003248647
Batch Number:      000000000646
```

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL           00      10.00
WISCONSIN         00      10.00

LESTER  L  OLSON
38482  OLD  SCHOOL  LANE.
PRAIRIE  DU  CHIEN  WI  53821

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 20.41 | 40.00 | 816.40 | 816.40 |
| OT-Fenn/Port | 20.41 | 20.00 | 408.20 | 408.20 |
| OT Prem-Fenn/Port | 10.21 | 20.00 | 204.20 | 204.20 |
| Gross Pay | | | 1,428.80 | 1,428.80 |

**Tax Deductions: Federal**
| | | |
|---|---|---|
| Withholding Tax | 209.75- | 209.75- |
| EE Social Security Tax | 88.59- | 88.59- |
| EE Medicare Tax | 20.72- | 20.72- |

**Tax Deductions: Wisconsin**
| | | |
|---|---|---|
| Withholding Tax | 88.55- | 88.55- |

**Additional Deductions**
| | | |
|---|---|---|
| *401K EE Fennimore Pretax | 85.73- | 85.73- |
| Total Net Pay | 935.46 | 935.46 |
| *40K Hours for Pay Period | | 80.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| 401K_Fen_ER matc | 3.57 | 3.57 |
| 401K_Nonelec_ER | 36.74 | 36.74 |
| **Payment Method** | | **Amount** |
| Direct Deposit | | 935.46 |

Your federal taxable wages     1,343.07
*Excluded from Federal Taxable Wages

© 2007 AutomaticData Processing (PCSURAJ)

**Energizer**
Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

LESTER L OLSON

Advice Number:    0003248647
Advice Date:      04/05/2019

ABA  Amount
     935.46

THIS IS NOT A CHECK

**Spectrum Brands**

| | | |
|---|---|---|
| Employer Name: | Energizer Services LLC | |
| Employer Phone: | 608-278-6357 | |
| Employer Address: | 533 Maryville University Drive, Saint Louis, MO 63141 | |

| | |
|---|---|
| Employee Name: | Lester L Olson |
| Employee #: | |
| Employee Address: | 500 E. Lancaster St. Trailer 1, Bloomington, WI 53804 |
| Department: | 10310 Mix Room - FPL |
| Job Title: | Operator, Machine - Mix |

| | |
|---|---|
| Pay Date: | 3/29/2019 |
| Pay Period: | 3/17/2019 - 3/23/2019 |
| Deposit Advice #: | 247497394 |
| Pay Frequency: | Weekly |
| Pay Rate: | 20.4100 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 0/$10.00 |
| State Filing Status: | Single (WI) |
| State Exemptions: | 0/$10.00 (WI) |

| | Current 3/17/2019 - 3/23/2019 | | | YTD As of 3/23/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 36.00 | | $ 734.76 | 439.70 | $ 9,256.11 |
| OT Prem | | | | 47.70 | $ 478.61 |
| Shift Diff 3rd | | | | 12.00 | $ 6.00 |
| Vacation | | | | 36.00 | $ 713.52 |
| Production Regular | 36.00 | 20.4100 | $ 734.76 | 403.70 | $ 8,057.98 |
| **Memo Information** | | | | | |
| Employer Contri | | | $ 22.04 | | $ 241.74 |
| Employer Match | | | $ 1.84 | | $ 17.52 |
| **Pre-Tax Deductions** | | | $ 54.77 | | $ 548.73 |
| Dental Insurance | | | $ 5.10 | | $ 61.20 |
| Vision Insurance | | | $ 5.58 | | $ 66.96 |
| 401K % | | | $ 44.09 | | $ 420.57 |
| **Taxes** | | | $ 177.47 | | $ 2,373.07 |
| Fed W/H | | | $ 79.10 | | $ 1,116.27 |
| FICA EE | | | $ 44.89 | | $ 565.93 |
| Fed MWT EE | | | $ 10.50 | | $ 132.36 |
| WI W/H | | | $ 42.98 | | $ 558.51 |
| **Post-Tax Deductions** | | | | | $ 147.00 |
| Fennimore Union Dues | | | | | $ 147.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 502.52 | | $ 6,187.31 |
| Direct Deposit | | | $ 502.52 | | |

**CERIDIAN**

Page 1 of 1