# United States Bankruptcy Court
## Northern District of Iowa

In re: **Lester L. Olson**
**Sarah L. Olson**
Debtor(s)

Case No. _____
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lester L. Olson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Sarah L. Olson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  04/24/2019        Signature  _Lester L. Olson JR_
                                    Lester L. Olson
                                    Debtor

Date  4-24-2019         Signature  _Sarah Olson_
                                    Sarah L. Olson
                                    Joint Debtor

# Earnings Statement

Cost Center: C7013020

**Energizer**
Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Page 001 of 001
Period Beg/End:    03/25/2019 - 03/31/2019
Advice Date:    04/05/2019
Advice Number:    0003249032
Batch Number:    000000000646

FILING STATUS:MAR.SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL        00    10.00
WISCONSIN      00    10.00

SARAH OLSON
300 E LANCASTER STREET
LOT 1
BLOOMINTON  WI  53804

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 19.87 | 40.00 | 794.80 | 794.80 |
| Gross Pay | | | 794.80 | 794.80 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 92.88- | 92.88- |
| EE Social Security Tax | | | 49.28- | 49.28- |
| EE Medicare Tax | | | 11.52- | 11.52- |
| **Tax Deductions: Wisconsin** | | | | |
| Withholding Tax | | | 51.04- | 51.04- |
| Total Net Pay | | | 590.08 | 590.08 |
| Total Work Hours for Pay Period | | | | 40.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 590.08 |

Your federal taxable wages    794.80
*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (PCPUV0)

**Energizer**
Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Advice Number:    0003249032
Advice Date:    04/05/2019

THIS IS NOT A CHECK

Deposited to the account of        Account Number    Transit    ABA    Amount
SARAH OLSON                                                                590.08

# Earnings Statement

Cost Cen

**Energizer**  Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Period Beg/End:   Page 001 of 001
Advice Date:      04/01/2019 - 04/07/2019
Advice Number:    04/12/2019
Batch Number:     0003449068
                  000000000664

```
FILING STATUS:MAR.SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
   FEDERAL         00      15.00
   WISCONSIN       00      10.00
```

SARAH OLSON
300 E LANCASTER STREET
LOT 1
BLOOMINTON WI 53804

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 19.87 | 40.00 | 794.80 | 1,589.60 |
| Shift Prem-Fennimo | 0.50 | 40.00 | 20.00 | 20.00 |
| OT-Fenn/Port | 19.87 | 8.00 | 158.96 | 158.96 |
| OT Prem-Fenn/Port | 19.87 | 8.00 | 158.96 | |
| OT Prem-Fenn/Port | | | 79.48- | |
| OT Prem-Fenn/Port | 0.75 | 8.00 | 6.00 | 85.48 |
| **Gross Pay** | | | 1,059.24 | 1,854.04 |

**Tax Deductions: Federal**

|  |  | Amount | Year-To-Date |
|---|---|---|---|
| Withholding Tax | | 152.31- | 245.19- |
| EE Social Security Tax | | 65.67- | 114.95- |
| EE Medicare Tax | | 15.36- | 26.88- |

**Tax Deductions: Wisconsin**

| Withholding Tax | 69.61- | 120.65- |
|---|---|---|
| **Total Net Pay** | 756.29 | 1,316.37 |
| Total Work Hours This Pay Period | | 104.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 756.29 |

Your federal taxable wages    1,059.24
*Excluded from Federal Taxable Wages

© 2002 Automatic Data Processing (PCSDVD)

---

**Energizer**  Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Advice Number:  0003449068
Advice Date:    04/12/2019

THIS IS NOT A CHECK

Deposited to the account of          Account Number    Transit ABA    Amount
SARAH OLSON                                                            756.29

# Earnings Statement

**Energizer** Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Page 001 of 001
Period Beg/End:   04/08/2019 - 04/14/2019
Advice Date:      04/19/2019
Advice Number:    0003849058
Batch Number:     000000000673

```
FILING STATUS:MAR.SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
    FEDERAL      00    15.00
    WISCONSIN    00    10.00
```

SARAH OLSON
300 E LANCASTER STREET
LOT 1
BLOOMINTON    WI    53804

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular | 19.87 | 36.00 | 715.32 | 2,304.92 |
| Shift Prem-Fennimo | 0.50 | 36.00 | 18.00 | 38.00 |
| OT-Fenn/Port | | | | 158.96 |
| OT Prem-Fenn/Por | | | | 85.48 |

**Tax Deductions: Federal**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 90.50- | 335.69- |
| EE Social Security Tax | | | 45.47- | 160.42- |
| EE Medicare Tax | | | 10.64- | 37.52- |

**Tax Deductions: Wisconsin**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 46.72- | 167.37- |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 539.99 |

Your federal taxable wages    733.32
*Excluded from Federal Taxable Wages

---

**Energizer** Energizer Manufacturing, Inc.
25225 Detroit Rd
Westlake, OH 44145

Advice Number:  0003849058
Advice Date:    04/19/2019

**THIS IS NOT A CHECK**

Deposited to the account of
SARAH OLSON

| Account Number | Transit | ABA | Amount |
|---|---|---|---|
| | | | 539.99 |



| | | Employee Name: | Sarah Olson | Pay Date: | 3/22/2019 |
|---|---|---|---|---|---|
| | | Employee #: | | Pay Period: | 3/11/2019 - 3/17/2019 |
| | | Pay Frequency: | Weekly | Deposit Advice #: | 246363305 |
| | | Pay Rate: | 19.8700 | Employer Name: | Energizer Services LLC |
| | | Department: | 409160 LR6 1/2 Complex | Employer Phone: | 608-278-6357 |
| Employee Address | Employer Address | Job Title: | Operator, Machine | | |
| 300 E Lancaster Street | 533 Maryville University Drive | | | | |
| Lot 1 | | Federal Filing Status: MWS | | State Filing Status: | MWS (WI) |
| Bloominton, WI 53804 | Saint Louis, MO 63141 | Federal Exemptions: 0/$10.00 | | State Exemptions: | 0/$10.00 (WI) |

| | Current 3/11/2019 - 3/17/2019 | | | YTD As of 3/17/2019 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.00 | | $ 794.80 | 40.00 | $ 794.80 |
| Regular | 8.00 | 19.8700 | $ 158.96 | 8.00 | $ 158.96 |
| Production Regular | 32.00 | 19.8700 | $ 635.84 | 32.00 | $ 635.84 |
| **Taxes** | | | $ 204.72 | | $ 204.72 |
| Fed W/H | | | $ 92.88 | | $ 92.88 |
| FICA EE | | | $ 49.28 | | $ 49.28 |
| Fed MWT EE | | | $ 11.52 | | $ 11.52 |
| WI W/H | | | $ 51.04 | | $ 51.04 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 590.08 | | $ 590.08 |
| | | ˜˜˜˜ | $ 590.08 | | |

**Messages from your Employer**



Page 1 of 1