Certificate Number: 05781-IAN-DE-033184203

Bankruptcy Case Number: 19-00521



05781-IAN-DE-033184203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2019, at 9:05 o'clock PM PDT, Lester Olson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date:   July 30, 2019              By:   /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:   President