Certificate Number: 05781-IAN-DE-033184204

Bankruptcy Case Number: 19-00521



05781-IAN-DE-033184204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2019</u>, at <u>9:05</u> o'clock <u>PM PDT</u>, <u>Sarah Olson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:   <u>July 30, 2019</u>            By:   <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>